IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 10-cv-02625-REB-KLM

THOMAS MULLANEY,
JARED JONES, and
VANESSA SEELAUS, on behalf of themselves and all other employees similarly situated,

    Plaintiffs,

v.

DICK'S SPORTING GOODS, INC.,
GALYAN'S TRADING COMPANY, INC.,
EDWARD STACK,
KATHRYN SUTTER,
WILLIAM COLOMBO,
JAY CROSSON, and
LYNN URAM,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on defendants' **Unopposed Motion Seeking Clarification of The Order Dated October 28, 2010** [#9] filed November 1, 2010. The motion is **DENIED** as to the request for clarification. However, to the extent necessary, and because the plaintiffs do not object, the defendants shall have until **November 8, 2010**, in which to move, answer or otherwise respond to the complaint in this matter.

    Dated: November 1, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.