IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 10-cv-02625-REB-KLM

THOMAS MULLANEY,
JARED JONES, and
VANESSA SEELAUS, on behalf of themselves and all other employees similarly situated,

    Plaintiffs,
v.

DICK'S SPORTING GOODS, INC.,
GALYAN'S TRADING COMPANY, INC.,
EDWARD STACK,
KATHRYN SUTTER,
WILLIAM COLOMBO,
JAY CROSSON, and
LYNN URAM,

    Defendants.

## MINUTE ORDER[1]

The matter comes before the court on the **Joint Motion To Stay Case Pending Finalization of Settlement Documents** [#31] filed December 17, 2010. After careful review of the motion and the file,

**IT IS ORDERED** as follows:

1. That the **Joint Motion To Stay Case Pending Finalization of Settlement Documents** [#31] filed December 17, 2010, is **GRANTED**; and

2. That proceedings in this case are **STAYED** through January 31, 2011.

Dated: December 20, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.