IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 10-cv-02625-REB-KLM

THOMAS MULLANEY,
JARED JONES, and
VANESSA SEELAUS, on behalf of themselves and all other employees similarly situated,

    Plaintiffs,

v.

DICK'S SPORTING GOODS, INC.,
GALYAN'S TRADING COMPANY, INC.,
EDWARD STACK,
KATHRYN SUTTER,
WILLIAM COLOMBO,
JAY CROSSON, and
LYNN URAM,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation of Dismissal Without Prejudice** [#33] filed January 31, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation of Dismissal Without Prejudice** [#33] filed January 31, 2011, is **APPROVED**;

2. That any pending motion is **DENIED** as moot; and

3. That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated January 31, 2011, at Denver, Colorado.

          **BY THE COURT:**

          */s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge